**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANTONIO BAKER, ADC # 34358, and
DIRRICK EUGENE BLACKMON**                                **PLAINTIFFS**

**V.**                    **5:09-CV-00381-BSM-JJV**

**JERRY MILTON, Jail Administrator, McGehee
Criminal Justice Facility; and JIM WHITE,
Chief of Police, McGehee Criminal Justice Facility**        **DEFENDANTS**

### ORDER

The court has received the recommended disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully reviewing the recommended disposition and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending motions are DENIED AS MOOT. Further, it is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting these recommendations would not be taken in good faith.

DATED this 14th day of June, 2010.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE