IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO BAKER, ADC # 34358, and**
**DIRRICK EUGENE BLACKMON**                                    **PLAINTIFFS**

**V.**                    **5:09-CV-00381-BSM-JJV**

**JERRY MILTON, Jail Administrator, McGehee**
**Criminal Justice Facility; and JIM WHITE,**
**Chief of Police, McGehee Criminal Justice Facility**          **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered today this case is DISMISSED WITHOUT PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE